DAVID ALLEN (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
Telephone (916) 455-4800
Facsimile (916) 451-5687
Email: dallen@davidallenlaw.com

Attorneys for Plaintiff,
CYNTHIA FIELDS


JENNY H. WANG (SBN 191643)
OGLETREE, DEAKINS, NASH, SMOAK & STEWARD, P.C.
Park Tower, 695 Town Center Drive, Fifteenth Floor
Costa Mesa, CA 92626
Telephone: 714-800-2302
Facsimile: 714-754-1298
Email: jenny.wang@ogletree.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA FIELDS,<br><br>　　　　　Plaintiff,<br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　Defendant | Case No.: 2:19-cv-01170-MCE-DB<br><br>STIPULATION DISMISSING ACTION WITH PREJUDICE<br><br>COMPLAINT FILED: JUNE 25, 2019<br><br>HONORABLE MORRISON C. ENGLAND, JR. |

IT IS HEREBY STIPULATED by and between the Plaintiff, CYNTHIA FIELDS, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

As signatories to this Stipulation, and all parties on whose behalf the filing is submitted,

concur with the Stipulation's content and have authorized its filing.

DATED: October 8, 2019            DAVID ALLEN & ASSOCIATES

                                                           *//s//* David Allen

                                        By_____
                                            DAVID ALLEN
                                            Attorney for Plaintiff,
                                                CYNTHIA FIELDS


DATED: OCTOBER 8, 2019            OGLETREE, DEAKINS, NASH,
                                              SMOAK & STEWARD, P.C.

                                            *//s//* Jenny H. Wang

                                        By_____
                                            JENNY H. WANG,
                                            Attorney for Defendant,
                                              LIBERTY LIFE ASSURANCE
                                              COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA FIELDS,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant. | CASE NO. 2:19-cv-01170-MCE-DB<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Honorable Morrison C. England, Jr. |

It is hereby ordered that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 17, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE